FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 25 2005 ★
P.M. _____
TIME A.M. _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SONIA COLE,

               Plaintiff,

  -against-

PLAZA HOMES, INC.,

               Defendant.
------------------------------------------------------------X

JUDGMENT
05-CV-2055 (CBA)

       A Memorandum and Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on May 23, 2005, dismissing plaintiff's complaint for lack of subject matter jurisdiction; directing that plaintiff is cautioned that she should not continue to file complaints regarding State Court matters in this Court; ordering that should she continue to file such complaints here, that the Court may enter an order barring the acceptance of any future *in forma pauperis* complaint she may submit unless she first obtain leave of the Court to do so; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's Memorandum and Order would not be taken in good faith; and denying *in forma pauperis* status for purpose of an appeal; it is

JUDGMENT
05-CV- 2055 (CBA)

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that plaintiff's complaint is dismissed for lack of subject matter jurisdiction; that plaintiff is cautioned that she should not continue to file complaints regarding State Court matters in this Court; that should she continue to file such complaints here, that the Court may enter an order barring the acceptance of any future *in forma pauperis* complaint she may submit unless she first obtain leave of the Court to do so; that pursuant to 28 U.S.C. § 1915(a)(3) any any appeal from the Court's Memorandum and Order would not be taken in good faith; and that *in forma pauperis* status is denied for purpose of an appeal.

Dated: Brooklyn, New York
       May 24, 2005

/s/
ROBERT C. HEINEMANN
Clerk of Court